UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WORLDWIDE DETECTIVE AGENCY, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-1563-KDE-SS** |
| **CANNON COCHRAN MANAGEMENT SERVICES, INC., ET AL.** | |

## ORDER

PLAINTIFF'S MOTION FOR RECONSIDERATION (Rec. doc. 26)

**DENIED**

On January 13, 2011, the motion of the plaintiff, Worldwide Detective Agency, Inc. ("WDA"), to compel discovery from the defendant, Cannon Cochran Management Services, Inc. ("CCMSI"), was denied. Rec. doc. 25. This order was based on the discovery order in Dwayne Alexander v. Cannon Cochran Management Services, Inc., 09-4614-KDE-SS, denying Alexander's motion to compel discovery (09-4614-Rec. doc. 83). WDA seeks reconsideration of these discovery orders. It contends that its discovery is relevant to the allegations in paragraphs 6, 8, 9, 11, 12 and 15 in the petition in CA 10-1563 (Rec. doc. 1). The Court considered those allegations. For example, paragraph 12 of the petition is reproduced in the January 13, 2011 discovery order in CA 09-4614 (Rec. doc. 92 at 4). In that order, the Court held that discovery concerning alleged hidden expense account payments and backdoor deals that defrauded the City of New Orleans was not relevant to the breach of contract action in CA 10-1563. The same was true for the credit card and cell phone records of Jerry Armatis and Carl Ayestas. CCMSI's motion to reconsider does not

demonstrate any error in these rulings.

IT IS ORDERED that the motion of the plaintiff, Worldwide Detective Agency, Inc., to reconsider (Rec. doc. 26) is DENIED.

New Orleans, Louisiana, this 9th day of February, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**

2