UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WORLDWIDE DETECTIVE AGENCY, INC. | CIVIL ACTION |
| VERSUS | NO. 10-1563 |
| CANNON COCHRAN MANAGEMENT SERVICES, INC. D/B/A CCMSI, ET AL. | SECTION "N" |

## ORDER AND REASONS

Presently before the Court is Plaintiff's "Motion to Disqualify Counsel by Worldwide Detective Agency, Inc." (Rec. Doc. 11). For the same reasons stated in the Court's March 31, 2011 Order and Reasons (Rec. Doc. 100) in *Dwayne Alexander v. Cannon Cochran Management Services, d/b/a CCMSI, et al.,* Civil Action No. 09-4614, a related action also pending in Section "N" of this Court, **IT IS ORDERED** that Plaintiff's motion (Rec. Doc. 11) is **DENIED**.

Also before the Court is Defendant's "Motion to Quash, Motion for Protective Order, and Motion for Attorneys' Fees" (Rec. Doc. 13). **IT IS ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** for the same reasons and to the same extent as the identical motion filed in the *Alexander* matter. *See* March 31, 2011 Order and Reasons, Civil Action No. 09-4614, Rec. Doc. 99.

New Orleans, Louisiana, this 31st day of March 2011.

_____
**KURT D. ENGELHARDT**
**United States District Judge**